JS-6

Christopher J. Hamner, Esq. (SBN 197117)
**HAMNER LAW OFFICES, APLC**
26565 West Agoura Road, Suite 200-197
Calabasas, California 91302
Telephone: (888) 416-6654
chamner@hamnerlaw.com

Attorneys for Plaintiff, Javal Ashley

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAL ASHLEY, an individual California resident, on behalf of himself individually and the proposed class, | Case No.  2:19-cv-09203-PA-KAS |
| Plaintiff | **ORDER** |
| v. | |
| RESORT VACATIONS INC., a Nevada corporation, and DOES 1 THROUGH 10 inclusive, | |
| Defendants. | |

## ORDER

The court having reviewed the attached stipulation and finding good cause therefore:

**IT IS HEREBY ORDERED THAT** this matter shall be dismissed <u>without prejudice</u>.

Dated:  October 06, 2020

Honorable Judge Percy Anderson